LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DANIELLE M. MERIWETHER, ESQ.
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dmeriwether@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENATO JOSE MAIA ALVES,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00281-JCM-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

It is hereby stipulated and agreed to between Defendant JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record Lucian J. Greco, Jr., Esq., Jared G. Christensen, Esq. and Danielle M. Meriwether, Esq., of the law firm of BREMER WHYTE BROWN & O'MEARA LLP, and Plaintiff RENATO JOSE MAIA ALVES, by and through his attorney, Michael C. Lafia, Esq., of the DIMOPOULOS INJURY LAW, that the Complaint against JAMES RIVER INSURANCE COMPANY is hereby DISMISSED WITH PREJUDICE, in this matter

///

1256.368  4842-8636-1018.1

each party is to bear their own attorneys' fees and costs.

| DATED: May 6, 2020 | DATED: May 6, 2020 |
|---|---|
| /s/ Danielle M. Meriwether | /s/ Michael C. Lafia |
| Lucian J. Greco, Jr., Esq. | Michael C. Lafia, Esq. |
| Nevada Bar No. 10600 | Nevada Bar No. 12989 |
| Jared G. Christensen, Esq. | Dimopoulos Injury Law |
| Nevada State Bar No. 11538 | Attorney for Plaintiff, |
| Danielle M. Meriwether, Esq. | RENATO JOSE MAIA ALVES |
| Nevada Bar No. 14924 | |
| Bremer Whyte Brown & O'Meara LLP | |
| Attorneys for Defendant | |
| JAMES RIVER INSURANCE COMPANY | |

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and Case No. 2:20-cv-00281-JCM-BNW is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED May 11, 2020.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By:   /s/ Danielle M. Meriwether
      Lucian J. Greco, Jr., Esq., Nevada State Bar No. 10600
      Jared G. Christensen, Esq., Nevada State Bar No. 11538
      Danielle M. Meriwether, Esq., Nevada State Bar No. 14924
      Attorneys for Defendant,
      JAMES RIVER INSURANCE COMPANY

1256.368  4842-8636-1018.1